STATE OF NEW JERSEY v. ROBERT A. TRAAE, JR.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN L. STEWART.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STARLING GRIFFIN.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALMONTA H. JACKSON,
A/K/A TYRONE HOLMES.

June 27, 1986.

Petitions for certification denied.